*fnldA*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
EAST SLOPE HOLDINGS, LP  
aka West Mountain Ski Area  

80–0078629  
59 West Mountain Road  
Queensbury, NY 12804  

)  
)  
)  
)Case Number: 13–11572–1–rel  
)  
)  
)  
)  
)  
)  
)Chapter: 11  
)  
)  
)  
)  
)  
)  
)  
)  
)  

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

the case of the above named debtor(s) is hereby closed.

Albany, NY  
DATED: 4/7/14  

              ***BY THE COURT***

              Robert E. Littlefield Jr.  
              Chief U.S. Bankruptcy Judge